UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEON W. COOK | ) | No. CV 10-2527-PA (AGR) |
|       Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| RANDY GROUNDS, Warden, | ) | |
|       Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: October 31, 2012    _____
                                        PERCY ANDERSON
                                    United States District Judge